Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−31360−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven Linfante | Victoria Linfante |
| 2 Birchtree Drive | 2 Birchtree Drive |
| Fairfield, NJ 07004 | Fairfield, NJ 07004 |

Social Security No.:
  xxx−xx−1606                                       xxx−xx−0986

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/13/21 at 10:00 AM

to consider and act upon the following:

**73** − Creditor's Certification of Default (related document:57 Motion for Relief from Stay re: 2 BIRCHTREE DR, FAIRFIELD, NJ 07004. Fee Amount $ 181. filed by Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT, 66 Amended Order (Generic)) filed by Denise E. Carlon on behalf of CSMC 2019−RPL9 Trust. Objection deadline is 04/9/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**74** − Certification in Opposition to (related document:73 Creditor's Certification of Default (related document:57 Motion for Relief from Stay re: 2 BIRCHTREE DR, FAIRFIELD, NJ 07004. Fee Amount $ 181. filed by Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT, 66 Amended Order (Generic)) filed by Denise E. Carlon on behalf of CSMC 2019−RPL9 Trust. Objection deadline is 04/9/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CSMC 2019−RPL9 Trust) filed by Scott D. Sherman on behalf of Steven Linfante, Victoria Linfante. (Sherman, Scott)

Dated: 4/6/21

                                                                Jeanne Naughton
                                                                 Clerk, U.S. Bankruptcy Court