| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Scott D. Sherman, Esq.<br>Minion & Sherman<br>33 Clinton Road - Suite 105<br>West Caldwell, New Jersey 07006<br>phone 973-882-2424<br>fax 973-882-0856<br>ssherman@minionsherman.com | Order Filed on June 14, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>STEVEN LINFANTE<br>VICTORIA LINFANTE,<br>DEBTORS | Case No.: 17-31360<br>Chapter: 13<br>Judge: SHERWOOD |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 14, 2021

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____MINION & SHERMAN_____, the applicant, is allowed a fee of $ _____700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____700.00_____ . The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-31360-JKS |
| Steven Linfante | Chapter 13 |
| Victoria Linfante | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Steven Linfante, Victoria Linfante, 2 Birchtree Drive, Fairfield, NJ 07004-1814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2019-RPL9 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor BANK OF AMERICA  N.A. nj.bkecf@fedphe.com |
| Scott D. Sherman | on behalf of Debtor Steven Linfante ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Joint Debtor Victoria Linfante ssherman@minionsherman.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust  N.A. smncina@raslg.com |

District/off: 0312-2      User: admin      Page 2 of 2

Date Rcvd: Jun 15, 2021      Form ID: pdf903      Total Noticed: 1

Sindi Mncina
     on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@raslg.com

Steven P. Kelly
     on behalf of Creditor U.S. Bank Trust N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9