UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road  - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

**Order Filed on December 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

STEVEN LINFANTE
VICTORIA LINFANTE,

DEBTORS

Case No.:  17-31360 (JKS)

Chapter:  13

Judge:  John K. Sherwood

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: December 20, 2021**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____SCOTT D. SHERMAN, ESQ._____, the applicant, is allowed a fee of $____400.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____400.00____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____2,133.00____ per month for ____final 10____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*