UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road  - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

**Order Filed on December 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

STEVEN LINFANTE
VICTORIA LINFANTE,

DEBTORS

Case No.:    17-31360 (JKS)

Chapter:    13

Judge:    John K. Sherwood

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: December 20, 2021**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ SCOTT D. SHERMAN, ESQ. _____, the applicant, is allowed a fee of $ _____ 400.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 400.00 _____ . The allowance shall be payable:

       ☒      through the Chapter 13 plan as an administrative priority.

       ❑      outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 2,133.00 _____ per month for _____ final 10 _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 17-31360-JKS

Steven Linfante                                                                 Chapter 13

Victoria Linfante

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                                    Page 1 of 2

Date Rcvd: Dec 22, 2021                   Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Steven Linfante, Victoria Linfante, 2 Birchtree Drive, Fairfield, NJ 07004-1814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021                   Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2019-RPL9 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor BANK OF AMERICA  N.A. nj.bkecf@fedphe.com |
| Scott D. Sherman | on behalf of Debtor Steven Linfante ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Joint Debtor Victoria Linfante ssherman@minionsherman.com |
| Sindi Mncina | |

District/off: 0312-2                                      User: admin                                      Page 2 of 2
Date Rcvd: Dec 22, 2021                              Form ID: pdf903                              Total Noticed: 1

on behalf of Creditor U.S. Bank Trust  N.A. smncina@raslg.com

Sindi Mncina

on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST
smncina@raslg.com

Steven P. Kelly

on behalf of Creditor U.S. Bank Trust  N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9