UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                      CASE NO.: 17-31360-JKS

**Steven Linfante,**                                           CHAPTER 13
    Debtor.

**Victoria Linfante,**
    Joint Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Authorized Agent for Secured Creditor
                                       130 Clinton Rd #202
                                       Fairfield, NJ 07004
                                       Telephone: 470-321-7112

                                       By: /s/Harold Kaplan
                                          Harold Kaplan
                                          Email: hkaplan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

STEVEN LINFANTE
2 BIRCHTREE DRIVE
FAIRFIELD, NJ 07004

VICTORIA LINFANTE
2 BIRCHTREE DRIVE
FAIRFIELD, NJ 07004

And via electronic mail to:

MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ 07006

MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ 07006

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Ranesha Straker