| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   STEVEN LINFANTE<br>   VICTORIA LINFANTE |

Order Filed on May 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-31360 JKS

Hearing Date:  4/28/2022

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: May 2, 2022

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): STEVEN LINFANTE
VICTORIA LINFANTE

Case No.: 17-31360

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 04/28/2022 on notice to SCOTT D. SHERMAN ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,844.00 starting on 5/1/2022 for the remaining 6 month(s).