Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−31360−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Steven Linfante
2 Birchtree Drive
Fairfield, NJ 07004

Victoria Linfante
2 Birchtree Drive
Fairfield, NJ 07004

Social Security No.:
xxx−xx−1606

xxx−xx−0986

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/26/22 at 10:00 AM

to consider and act upon the following:

*104* − Supplemental Application for Compensation for Scott D. Sherman, Debtor's Attorney, period: 3/21/2022 to 4/29/2022, fee: $400.00, expenses: $0.00. Filed by Scott D. Sherman. Objection deadline is 5/6/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Sherman, Scott) Modified to Correct Fee Requested to $0.00 on 4/29/2022 (Heim, Robert).

*109* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:104 Supplemental Application for Compensation for Scott D. Sherman, Debtor's Attorney, period: 3/21/2022 to 4/29/2022, fee: $400.00, expenses: $0.00. Filed by Scott D. Sherman. Objection deadline is 5/6/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Sherman, Scott) Modified to Correct Fee Requested to $0.00 on 4/29/2022. filed by Debtor Steven Linfante, Joint Debtor Victoria Linfante) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/3/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court