UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-31360 |
| STEVEN LINFANTE | |
| VICTORIA LINFANTE, | |
| Debtor | |
| | Chapter: 13 |
| | Judge: John K. Sherwood |

## NOTICE OF PROPOSED PRIVATE SALE

Steven and Victoria Linfante, Debtors, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:** United States Bankruptcy Court, MLK, Jr. US Courthouse, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on June 28, 2022 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3D , United States Bankruptcy Court, MLK, Jr. US Courthouse, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:** 2 Birchtree Dr., Fairfield, NJ 07004

**Proposed Purchaser:** David Bulmer and Rachel Bulmer

**Sale price:** $510,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:** Scott D. Sherman, Esq.

**Amount to be paid:** $1,750.00.00 for representation of Debtors in real estate transaction & $1,000.00 for representation of Debtors in this motion  &  $ 200.00 for representation of Debtors in an Application for  Retention of Broker

**Services rendered:** Real Estate Counsel

**Name of Professional:** Vito Contuzzi

**Amount to be paid:** 3.99% of Gross Sales Price

**Services rendered:** Real Estate Broker.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Scott D. Sherman, Esq. – MINION & SHERMAN_

Address: 33 Clinton Road, Suite 105, West Caldwell, NJ 07006

Telephone No.: 973-882-2424

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-31360-JKS
Steven Linfante  Chapter 13
Victoria Linfante
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Jun 06, 2022     Form ID: pdf905     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Linfante, Victoria Linfante, 2 Birchtree Drive, Fairfield, NJ 07004-1814 |
| aty | + | Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | U.S. Bank Trust, N.A., Stern & Eisenberg, PC, 1040 North Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517134024 | + | STERN & EISENBERG, PC, 485B Route 1 South, Suite 330, Iselin, NJ 08830-3067 |
| 517134023 | + | Stern & Eisenberg, P.C., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 519570504 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 519570505 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042, U.S. Bank Trust National Association Selene Finance, LP 77042-4546 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 06 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 06 2022 20:42:00 | Caliber Home Loans, 16745 W. Bernardo, Suite 300, San Diego, CA 92127-1908 |
| 517857915 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 06 2022 20:42:00 | American Financial Resources, Inc., c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 517134012 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 06 2022 20:41:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517227621 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 06 2022 20:41:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 517134013 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 06 2022 20:42:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 518681975 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 06 2022 20:42:00 | CSMC 2019-RPL9 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518681976 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 06 2022 20:42:00 | CSMC 2019-RPL9 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, CSMC 2019-RPL9 Trust, Serviced by Select Portfolio Servicing, |
| 517134014 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 06 2022 20:42:00 | Caliber Home Loans, In, 13801 Wireless Way, |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: pdf905 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73134-2500 |
| 517134015 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2022 20:49:39 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517256121 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2022 20:49:39 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517134016 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2022 20:42:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517134017 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2022 20:42:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517134018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 20:49:35 | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517134019 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 06 2022 20:49:48 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517346492 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2022 20:49:34 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517134020 | + | Email/PDF: pa_dc_claims@navient.com | Jun 06 2022 20:49:47 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517134021 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 06 2022 20:41:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 517250286 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2022 20:49:33 | Portfolio Recovery Associates, LLC, c/o Barnes & Noble, POB 41067, Norfolk VA 23541 |
| 517134022 | | Email/Text: collections@profcu.org | Jun 06 2022 20:41:00 | Proponent Fcu, 536 Washington Ave, Nutley, NJ 07110 |
| 517338515 | | Email/Text: bnc-quantum@quantum3group.com | Jun 06 2022 20:42:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517134025 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:41 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517137716 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517324026 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 06 2022 20:42:00 | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 517244878 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 06 2022 20:49:35 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSMC 2019-RPL9 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, informationathnk@aol.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor BANK OF AMERICA  N.A. nj.bkecf@fedphe.com |
| Scott D. Sherman | on behalf of Debtor Steven Linfante ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Joint Debtor Victoria Linfante ssherman@minionsherman.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust  N.A. smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor U.S. Bank Trust  N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10