| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Attorneys for Secured Creditor | Case No.: 17-31360-JKS<br><br>Chapter: 13<br><br>Hearing Date: June 28, 2022<br><br>Judge: John K. Sherwood |
| **In Re:**<br><br>**Steven Linfante,**<br>   **Debtor,**<br><br>**Victoria Linfante,**<br>   **Joint Debtor.** | |

## LIMITED RESPONSE TO DEBTORS' MOTION TO SELL REAL PROPERTY

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association, ("Secured Creditor"), by and through undersigned counsel, hereby files its Limited Response to Debtors' Motion to Sell Property (the "Response"), and in support thereof states as follows:

1. Steven Linfante and Victoria Linfante (collectively "Debtors") filed the instant Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code on October 23, 2017 (the "Petition Date").

2. Secured Creditor holds a security interest in the Debtors' real property located at 2 Birchtree Drive, Fairfield, NJ 07004 ("Subject Property") by virtue of a Mortgage recorded on August 9, 2007 in Book 12078 at Page 9097 of the Public Records of Essex County, New Jersey.

3. On February 8, 2018, Secured Creditor timely filed its Proof of Claim (*See* Claim No. 7-1) and subsequently filed an Amended Proof of Claim on November 6, 2018 (*See*

Claim No. 7-2). The Proof of Claim reflects that as of the Petition Date, Secured Creditor held a secured claim in the total amount of $316,853.49.

4. On June 6, 2022, the Debtors filed the instant Motion to Sell Real Property (the "Motion"). The Debtors' Motion seeks the Court's approval to sell the Subject Property for a proposed sale price of $510,000.00 (the "Proposed Sale Price").

5. As of June 17, 2022, the estimated payoff owed on Secured Creditor's lien is approximately $331,971.84. This amount should not be relied upon as a final pay-off of the loan, as interest and additional advances may come due prior to the anticipated closing date. Upon request, Secured Creditor shall provide an updated formal payoff quote at or near the scheduled closing date.

6. Secured Creditor does not object to the Debtors' Motion to the extent that any sale is subject to Secured Creditor's lien being paid in full at the closing of said sale based upon an up-to-date payoff quote.

7. Secured Creditor is filing this Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the Subject Property absent payment in full of Secured Creditor's mortgage lien, without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

8. Furthermore, Secured Creditor requests that failure to complete any sale within ninety (90) days of entry of the Order will result in any Order authorizing the sale to be deemed moot.

9. Secured Creditor reserves the right to supplement this Response at or prior to any hearing on this matter.

**WHEREFORE**, Secured Creditor respectfully requests the Motion be conditionally

granted; and any Order granting the Motion include the terms identified herein; and for such further and other relief as the Court deems just and proper.

Date: June 21, 2022

          **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
NJ Bar Number  016592012
Email: cwohlrab@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone: 973-575-0707 <br> Attorneys for Secured Creditor | Case No.: 17-31360-JKS <br><br> Chapter: 13 <br><br> Hearing Date: June 28, 2022 <br><br> Judge: John K. Sherwood |
| **In Re:** <br><br> **Steven Linfante,** <br>    **Debtor,** <br><br> **Victoria Linfante,** <br>    **Joint Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, <u>Charles G. Wohlrab, Esq.</u>, represent U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association in this matter.

2. On June 21, 2022, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below. Limited Response to Debtors' Motion to Sell Property and this Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 21, 2022

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC** <br>
Attorney for Secured Creditor <br>
10700 Abbott's Bridge Rd., Suite 170 <br>
Duluth, GA  30097 <br>
Telephone: (470) 321-7112 <br>
By: <u>/s/ Charles G. Wohlrab</u> <br>
Charles G. Wohlrab, Esquire <br>
NJ Bar Number  016592012 <br>
Email: cwohlrab@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Scott D. Sherman<br>Minion & Sherman<br>33 Clinton Road<br>Suite 105<br>West Caldwell, NJ 07006 | Attorney for Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| Steven Linfante<br>2 Birchtree Drive<br>Fairfield, NJ 07004 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept. of Justice<br>Office of the US Trustee<br>One Newark Center Ste. 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| Victoria Linfante<br>2 Birchtree Drive<br>Fairfield, NJ 07004 | Joint Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |