Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–31360–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven Linfante | Victoria Linfante |
| 2 Birchtree Drive | 2 Birchtree Drive |
| Fairfield, NJ 07004 | Fairfield, NJ 07004 |

Social Security No.:
xxx–xx–1606                                                                 xxx–xx–0986

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  William Healy , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

Private Sale: 2 Birchtree Drive, Fairfield, NJ 07004

Dated: June 22, 2022
JAN: wdh

Jeanne Naughton
Clerk